UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NUMBER: 8:00-cr-110-T-26TGW

JUAN ROEL REYNA
_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on July 7, 2006. The defendant appeared with counsel, Darlene Barror. Also present was the Probation Officer and Assistant United States Attorney Amanda Kaiser.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on June 1, 2001, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby REVOKED.

2. The defendant, **JUAN ROEL REYNA**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIX (6) MONTHS**.

Page Two

    3.    The Court recommends the Bastrop, Texas facility so the defendant can be near his family while incarcerated.

DONE AND ORDERED, At Tampa, Florida, this <u>7th</u> day of July 2006.

                                        RICHARD A. LAZZARA
                                        United States District Judge

cc:    U.S. Attorney - Amanda Kaiser
        Defense Counsel - Darlene Barror
        Defendant - c/o Counsel
        U.S. Marshal
        U.S. Bureau of Prisons
        U.S. Probation